**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 208 MAL 2014
                                       :
                 Respondent        :
                                         : Petition for Allowance of Appeal from the
                                         : Order of the Superior Court
                v.                         :
                                         :
                                         :
MICHAEL KENNY JOHNSON,        :
                                         :
                Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is **DENIED**.